Martin S. Gottesfeld
Reg. No. 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

UNITED STATES
POSTAL SERVICE®

**USPS TRACKING #**



9114 9023 0722 4290 6097 63

Label 400  Jan. 2013
7690-16-000-7948





⇔12982-104⇔
U S Distr Court
921 OHIO ST
Room #104
Terre Haute, IN 47807
United States

Wednesday, September 2nd, 2020; Houston v. Lack, 487 U.S. 266 (1988)

RECEIVED

SEP 1 0 2020

U.S. CLERK'S OFFICE

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER