UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| WILLIAM EMMET LECROY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 2:20-cv-00477-JPH-DLP |
| ) | |
| WARDEN, ) | |
| ) | |
| Respondent. ) | |

**FINAL JUDGMENT**

The Court now enters final judgment. The petition for a writ of habeas corpus is **DISMISSED** for lack of jurisdiction.

Date: 9/16/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Roger A.G. Sharpe, Clerk of Court
By: *Pam Pope*
Deputy Clerk

Distribution:

WILLIAM EMMETT LECROY
45795-019
TERRE HAUTE – FCI
TERRE HAUTE FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

Courtesy copies to:

    Martin S. Gottesfeld
    12982-104
    TERRE HAUTE – FCI
    TERRE HAUTE FEDERAL CORRECTIONAL INSTITUTION
    Inmate Mail/Parcels
    P.O. BOX 33
    TERRE HAUTE, IN 47808

    Stephen Allen Ferrell
    Federal Defenders Services of Eastern Tennessee
    Assistant Federal Defender
    Stephen_Ferrell@fd.org

    Shelese Woods
    United States Attorney's Office − Southern District of Indiana
    10 W. Market Street, Suite 2100
    Indianapolis, IN 46204